UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL C. WARNKEN, | Case No. 2:24-cv-01813-DJC-CSK PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SOLANO, et al., | |
| Defendants. | |

Pending before the Court is a motion to dismiss all claims and a motion to strike portions of Plaintiff Michael Warnken's Complaint by Defendant County of Solano and Defendant John Vasquez. (ECF No. 4.) The motion to dismiss does not, however, specifically address the Ralph Act claim.

The Court provides notice to Plaintiff that it will examine the Ralph Act claim to determine whether the claim should be dismissed under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Within 21 days of the date of this order, Plaintiff is provided with the opportunity to respond in writing to whether his Ralph Act claim should be dismissed under Rule 12(b)(6). If Plaintiff elects to file a written response, such response is limited to 10 pages. If Plaintiff elects not to file a written response, this will be interpreted as Plaintiff's agreement that the Ralph Act claim should be dismissed. If Plaintiff files a written response, Defendants Solano

County and John Vasquez will be provided the opportunity to respond in writing within 10 days of Plaintiff's response. Any response by Defendants must be limited to 10 pages.

Dated: 05/05/25

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, warn.1813.24