UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. WARNKEN, | No. 2:24-cv-01813-DJC-CSK |
| Plaintiff, | ORDER |
| v. | (ECF No. 12) |
| COUNTY OF SOLANO, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On June 24, 2025, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 12.)  No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis.  The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.	The findings and recommendations (ECF No. 12) are ADOPTED IN FULL;

1

2.      Defendants' motion to dismiss (ECF No. 4) is GRANTED;

3.      Defendants' motion to strike (ECF No. 4) be DENIED as moot;

4.      The Doe Defendants are DISMISSED;

5.      Plaintiff is granted twenty-one (21) days from any order adopting these findings and recommendations to file an amended complaint limited to the First Amendment Section 1983 claim (first claim) against Defendant Vasquez in his individual capacity; and the Ralph Act claim (fourth claim) against Defendants Vasquez and the County of Solano. Failure to timely file an amended complaint will result in a recommendation that this action be dismissed.

6.      This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  **August 15, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2