UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. WARNKEN, | Case No. 2:24-cv-01813-DJC-CSK PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS DISMISSING CASE FOR FAILURE TO PROSECUTE |
| COUNTY OF SOLANO, et al., | |
| Defendants. | |

Plaintiff Michael C. Warnken is appearing in this action without counsel.[1] The undersigned issued findings and recommendations on June 24, 2025, recommending that Defendants County of Solano and John Vasquez's motion to dismiss be granted and Plaintiff be given leave to file an amended complaint. (ECF No. 12.) The undersigned also recommended denying Defendants' motion to strike as moot and dismissing the Doe Defendants. *Id.* On August 18, 2025, the District Judge adopted the findings and recommendations in full, granting Defendants' motion to dismiss and granting Plaintiff twenty-one days to file an amended complaint, and denying Defendants' motion to strike as moot and dismissing the Doe Defendants. (ECF No. 18.) Plaintiff was warned that failure to timely file an amended complaint will result in a

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c).

1

recommendation that this action be dismissed. (ECF No. 12 at 17; ECF No. 18 at 2.) The time granted for Plaintiff to file an amended complaint has expired. Plaintiff has neither filed an amended complaint nor sought an extension of time to do so.

In recommending this action be dismissed for failure to prosecute, the Court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without Plaintiff's participation, the Court finds the factors weigh in favor of dismissal.

Based upon the findings above, it is RECOMMENDED that:

1. This action be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); and

2. The Clerk of the Court be directed to CLOSE this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court and serve a copy on all parties. This document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served on all parties and filed with the Court within 14 days after service of the objections. Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated: October 9, 2025

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, warn.1813.24